# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In Re:<br><br>**STEVEN CRAIG ROMEY,**<br>a/k/a Steve Romey,<br>SSN/ITIN:  xxx-xx-5752  and<br>**ANGELA FAITH ROMEY,**<br>a/k/a Angela F. Forbord,<br>f/k/a Angela F. Beargeon,<br>a/k/a Angie Romey,<br>d/b/a Shades Of You Salon,<br>f/d/ba Simply Cuts,<br>SSN/ITIN: xxx-xx-0092,<br><br>                Debtors. | Case No. 10-50074<br><br>Chapter 7<br><br>APPOINTMENT OF<br>SUCCESSOR TRUSTEE |

      Whereas, John S. Lovald has resigned as Chapter 7 Trustee;

      Now, therefore, pursuant to 11 U.S.C. § 703 the United States Trustee appoints **Forrest C. Allred** to serve as successor Trustee in the above-captioned case effective **March 19, 2010**.

                                        HABBO G. FOKKENA
                                        UNITED STATES TRUSTEE
                                        Region 12

Dated: March 19, 2010                      By: */s/  BRUCE J. GERING*
                                                  Bruce J. Gering
                                                  Assistant United States Trustee
                                                  314 South Main Avenue, Suite 303
                                                  Sioux Falls, S.D.  57104-6462
                                                  Tele:  (605) 330-4450 Ext 104
                                                  Fax:  (605) 330-4456
                                                 Email:  Bruce.J.Gering@usdoj.gov